| | |
|---|---|
| 1 | KATHERINE R. BOYD, INC., APLC |
| | KATHERINE R. BOYD (SBN 143192) |
| 2 | 1127 12TH STREET, SUITE 106 |
| | Modesto, CA 95354 |
| 3 | Telephone: (209) 289-0100 |
| | Email: krboyd@krboydlaw.com |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | LYNN MORGAN |
| 6 | JACKSON LEWIS P.C. |
| | DALE R. KUYKENDALL (SBN 148833) |
| 7 | 400 Capitol Mall, Suite 1600 |
| | Sacramento, CA 95814 |
| 8 | Telephone: (916) 341-0404 |
| | Facsimile: (916) 341-0141 |
| 9 | Email: kuykendd@jacksonlewis.com |
| 10 | Attorneys for Defendant |
| | HEALTHCARE COST CONTAINMENT |
| 11 | UNITED ASSOCIATION, INC. |
| 12 | YEE & BELILOVE, LLP |
| | STEVEN R. YEE (155671) |
| 13 | 3452 East Foothill Blvd., Suite 1000 |
| | Pasadena, CA 91107-6033 |
| 14 | Telephone: (626) 449-8000 |
| | Facsimile: (626) 449-8009 |
| 15 | Email: sry@yeelaw.com |
| 16 | Attorneys for Defendant |
| | ICAN BENEFIT GROUP LLC |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LYNN MORGAN, | CASE NO. 1:14-cv-01721-MCE-SMS |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HEALTHCARE COST CONTAINMENT UNITED ASSOCIATION, INC., ICAN BENEFIT GROUP LLC; and DOES 1 through 50, inclusive, | Complaint Filed: 08.11.14<br>Removed: 10.31.14 |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal with prejudice of this action, with each party to bear their own attorney's fees and costs.

Dated: October 26, 2017  KATHERINE R. BOYD, INC., APLC

By: /s/ Katherine R. Boyd
    KATHERINE R. BOYD
    Attorney for Plaintiff
    LYNN MORGAN

Dated: November 2, 2017  JACKSON LEWIS P.C.

By: /s/ Dale R. Kuykendall (as authorized on 11/2/17)
    DALE R. KUYKENDALL
    DOUGLAS EGBERT
    Attorneys for Defendant
    HEALTHCARE COST CONTAINMENT
    UNITED ASSOCIATION, INC.

Dated: October __, 2017  YEE & BELILOVE, LLP

By: /s/ Steven R. Yee (as authorized on        )
    STEVEN R. YEE
    STEVE R. BELILOVE
    Attorneys for Defendant
    ICAN BENEFIT GROUP LLC

2

*Morgan v. Healthcare Cost Containment United Association, Inc., et al.*
Joint Stipulation and Order for Dismissal    Case No. 1:14-CV-01721-MCE-SMS

ORDER

Pursuant to the stipulation of the parties, this action is hereby DISMISSED with prejudice, each party to bear their own fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE